

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Whynter, LLC** |
| Bankruptcy Case: | **Brookstone Holdings Corp. et, al.** |
| Preference Period: | **May 4, 2018 - Aug 2, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1708918 | $3,125.00 | 5/25/2018 | 2279412801 | 5/9/2018 | $310.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 2279851501 | 5/24/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 2279830001 | 5/24/2018 | $723.96 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 2279826301 | 5/24/2018 | $723.96 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710166 | $2,022.92 | 6/12/2018 | 2279779101 | 5/18/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710166 | $2,022.92 | 6/12/2018 | 2279718601 | 5/16/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710166 | $2,022.92 | 6/12/2018 | 2279713901 | 5/16/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710166 | $2,022.92 | 6/12/2018 | 2279585501 | 5/14/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710166 | $2,022.92 | 6/12/2018 | 2279542201 | 5/14/2018 | $197.92 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710166 | $2,022.92 | 6/12/2018 | 2279539901 | 5/14/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1708918 | $3,125.00 | 5/25/2018 | 8457153801 | 5/7/2018 | $310.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1708918 | $3,125.00 | 5/25/2018 | 6564898901 | 5/1/2018 | $112.50 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1708918 | $3,125.00 | 5/25/2018 | 581061901 | 5/7/2018 | $112.50 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1708918 | $3,125.00 | 5/25/2018 | 2279491201 | 5/11/2018 | $620.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1707471 | $730.83 | 5/17/2018 | 2278478901 | 4/12/2018 | $370.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1707961 | $1,171.88 | 5/17/2018 | 2278835801 | 4/23/2018 | $223.96 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1707471 | $730.83 | 5/17/2018 | 2278484201 | 4/12/2018 | $150.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1707471 | $730.83 | 5/17/2018 | 2278485801 | 4/12/2018 | $150.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1707471 | $730.83 | 5/17/2018 | 2278517601 | 4/13/2018 | $150.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1707471 | $730.83 | 5/17/2018 | 2278650701 | 4/18/2018 | $150.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1707471 | $730.83 | 5/17/2018 | 2278718001 | 4/20/2018 | $150.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1708918 | $3,125.00 | 5/25/2018 | 2279467401 | 5/11/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1707471 | $730.83 | 5/17/2018 | 6564474901 | 4/19/2018 | $187.50 |

Whynter, LLC (2208728)

Bankruptcy Case: Brookstone Holdings Corp. et, al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1708918 | $3,125.00 | 5/25/2018 | 2279437201 | 5/10/2018 | $310.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1707961 | $1,171.88 | 5/17/2018 | 2278871501 | 4/24/2018 | $223.96 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1707961 | $1,171.88 | 5/17/2018 | 2278926401 | 4/27/2018 | $723.96 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1708918 | $3,125.00 | 5/25/2018 | 2279000001 | 5/1/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1708918 | $3,125.00 | 5/25/2018 | 2279182501 | 5/3/2018 | $310.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1708918 | $3,125.00 | 5/25/2018 | 2279361301 | 5/9/2018 | $310.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 2280031901 | 5/29/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1707471 | $730.83 | 5/17/2018 | 6564437801 | 4/18/2018 | $171.88 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1711095 | $3,744.67 | 7/11/2018 | 2280855501 | 6/19/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 2279997401 | 5/29/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 6566732701 | 6/5/2018 | $322.92 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 6566989201 | 6/7/2018 | $192.71 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1711095 | $3,744.67 | 7/11/2018 | 2280637301 | 6/13/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1711095 | $3,744.67 | 7/11/2018 | 2280684701 | 6/15/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 581216301 | 6/11/2018 | $150.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1711095 | $3,744.67 | 7/11/2018 | 2280833601 | 6/20/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 581213001 | 6/11/2018 | $112.50 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1711095 | $3,744.67 | 7/11/2018 | 2280864601 | 6/20/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1711095 | $3,744.67 | 7/11/2018 | 2280903001 | 6/20/2018 | $310.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1711095 | $3,744.67 | 7/11/2018 | 2280935501 | 6/22/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1711095 | $3,744.67 | 7/11/2018 | 581226401 | 6/13/2018 | $310.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1711095 | $3,744.67 | 7/11/2018 | 581228301 | 6/14/2018 | $145.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1711095 | $3,744.67 | 7/11/2018 | 581229001 | 6/14/2018 | $223.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1711095 | $3,744.67 | 7/11/2018 | 2280756701 | 6/18/2018 | $166.67 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 2280269401 | 6/4/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1711095 | $3,744.67 | 7/11/2018 | 581246401 | 6/18/2018 | $400.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 2280059601 | 5/29/2018 | $425.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 2280062301 | 5/29/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 2280065901 | 5/29/2018 | $425.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 2280093701 | 5/31/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 6566293401 | 5/29/2018 | $145.83 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 2280229101 | 6/4/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 2280029601 | 5/30/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 2280351401 | 6/6/2018 | $365.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 2280382801 | 6/6/2018 | $223.96 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 2280420101 | 6/7/2018 | $223.96 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 581130001 | 5/23/2018 | $322.92 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 581165301 | 5/30/2018 | $145.83 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 581206201 | 6/11/2018 | $310.00 |
| Brookstone Company, Inc. | Brookstone Company, Inc. | 1710761 | $7,883.55 | 7/3/2018 | 2280095001 | 5/30/2018 | $150.00 |

Totals:    6 transfer(s),    $18,678.85